**562 W. 174th Equities LLC v Mednik**

2025 NY Slip Op 31529(U)

April 21, 2025

Civil Court of the City of New York, New York County

Docket Number: Index No. LT-317355-23/NY

Judge: Daniele Chinea

Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service.

This opinion is uncorrected and not selected for official publication.

Civil Court of the City of New York
County of New York, Part F, Room 523

Index #  **LT-317355-23/NY**

562 West 174th Equities LLC

                                     Petitioner(s)

                    -against-

Stella Aminov Mednik; "John" "Doe"; "Jane"
"Doe"

                                     Respondent(s)

**Decision / Order**
Seqs 3 & 4

Recitation, as required by CPLR 2219(a), of the papers considered in the review of Petitioner's motion to strike defenses and grant summary judgment (Seq 3); and Respondent's cross-motion for discovery as to its defense that the Premises was improperly deregulated (Seq 4):

| Papers | Numbered |
|---|---|
| Notice of Motion and | |
| Affidavits /Affirmations annexed | 23 |
| Cross-Motion Affidavits/ Affirmations | 24-34 |
| Opposition/Reply Affidavits/ Affirmations | 37-43 |
| Reply Affirmation | 45 |

Petitioner commenced this holdover proceeding on September 1, 2023, claiming Respondent – the tenant of record – occupies the premises pursuant to a lease exempt from rent regulation due to high rent deregulation in 2016. Respondent filed an answer claiming, in part, that the Premises is rent-stabilized. The claim is based upon Petitioner's predecessor-in-interest's filing with the NYS Division of Homes and Community Renewal (DHCR). The instant motions were taken on submission on December 10, 2024.

On March 27, 2024, Petitioner commenced another holdover action (LT-305880-24/NY). That action is also pending before this Court. In that proceeding, as well as two prior proceedings, Petitioner claimed the Premises IS subject to Rent Stabilization. Petitioner amended the petition in LT-305880-24/NY to claim the Premises is exempt; however, the Court finds by filing a second holdover six-months after commencing this proceeding in which it claims the Premises is rent-stabilized, while litigating that very issue in this proceeding, is highly prejudicial and confusing. Moreover, now that Petitioner has amended the petition in LT-305880-24/NY to claim exemption from rent-stabilization, that proceeding is in the same basic posture as this one – the parties are litigating the proper legal status of the Premises.

Given the foregoing, the Court dismisses this proceeding without prejudice to the claims and defenses in LT-305880-24/NY. This proceeding was mooted by Petitioner's commencement of another holdover making conflicting claims without waiting for resolution in this proceeding. As this proceeding is dismissed, the motions are moot.

This constitutes the decision and order of the Court. A copy will be uploaded to NYSCEF.

Dated: April 21, 2025

So Ordered:

HON. DANIELE CHINEA
JUDGE, HOUSING COURT

1 of 1

[* 1]